for the Seventh Circuit denied. *Ralph M. Snyder* for petitioner. *William C. Wines* for respondents.

No. 679. MARKET STREET RAILWAY Co. *v.* RAILROAD COMMISSION OF CALIFORNIA ET AL. December 16, 1946. Petition for writ of certiorari to the Supreme Court of California denied. *Cyril Appel* and *Ivores R. Dains* for petitioner. *John J. O'Toole* and *Dion R. Holm* for the City and County of San Francisco, respondent.

No. 689. THOMSON, ADMINISTRATOR, *v.* THOMSON. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Martin J. O'Donnell* for petitioner. Respondent *pro se.*

No. 124. GARDNER *v.* MONTGOMERY BAR ASSOCIATION. December 16, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. Petitioner *pro se. Joseph Knox Fornance* for respondent.

No. 695. HILL *v.* NIERSTHEIMER, WARDEN. December 16, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 723. HENDERSON *v.* RAGEN, WARDEN. December 16, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.